FORM A To be used by a prisoner filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

___Justin Gardner___
_____
_____
_____

(Enter above the full name of
the plaintiff or plaintiffs
in this action.)

8:17CV391

v.                                          COMPLAINT

___State of Nebraska___
___Kimberly Pankonin Miller___
___Douglas a Johnson___
___Marlon A Polk___
___Matthew J Miller___

(Enter above the full name of
the defendant or defendants
in this action, if known.)

(Note: If there is more than one plaintiff, a separate sheet should be attached giving the information in Parts I, II, and III for each plaintiff, by name. Remember, all plaintiffs must sign the complaint.)

I.  A. Place of Present Confinement Diagnostic And Evaluation Center, Nebraska Department of correctional services, 3220 West Van Dorn St, Lincoln, Nebraska 68522
    B. Parties to this civil action:

    Please give your commitment name and any other name(s) you have used while incarcerated.

(1) Plaintiff_____ Registr. No. ____

    Address_____

    _____

    Additional plaintiff's Registr. No. and address:

    _____

    _____

(2) Defendant_____

    is employed as_____ at_____

    Additional defendant's employment: _____

    _____

    _____

II. Previous Civil Actions

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
    Yes ✓  No ___

    (1) Title: _Dustin Gardner_ (v.) _State of Nebraska_
              (Plaintiff)              (Defendant)

    (2) Date filed_____

    (3) Court where filed _United States District Court Clerk Roman L Hruska U.S. Courthouse_
        (specify if the court was state or federal and the level of the court)

    (4) Court number and citation _8:17 cv 255_

    (5) Name of judge to whom the case was assigned _Honorable Senior Judge Richard G. Kopf_

    (6) Basic claim made_____

        _____

    (7) Date of disposition_____

    (8) Disposition _Pending_
                   (pending) (on appeal) (resolved)

    (9) If decided by the court, state whether for plaintiff or defendant_____

    (10) Approximate date of filing_____

(11) Approximate date of judgment_____

For additional cases, provide the above information in the same format on a separate page.

B. Have you begun other cases in state or federal courts relating to the conditions of your treatment while in confinement? Yes ___ No ___

III. Grievance Procedure

   A. Does your institution have an administrative or grievance procedure? Yes √ No ___

   B. Did you present the facts relating to your complaint through the administrative or grievance procedure? Yes √ No ___

   C. What was the result? nothing happened, and I wrote many kites of the year 2015, and 2016, and 2017.

   D. If you did not file a grievance, state the reasons _____

   E. Please attach any responses as exhibits to this complaint.

   F. If there is not prisoner grievance procedure at your institution, did you complain to prison authorities? Yes ___ No ___

   G. If your answer to F is yes,

      A. What steps did you take and what was the result? I wrote a grievance, about trying to obtain my court documents; and trying to obtain important document from the department of Justice, ATF.

IV. Jurisdiction

   A. Is this complaint brought for a violation of your federal constitutional rights by a person employed by the state, county, or municipal government or acting with such government officials? Yes √ No ___

      If "yes," please state the agency the official(s) is/are employed by or why you believe the defendant(s) was/were acting in conjunction with government

officials: Omaha police department: officer Josha J Downs, Anthony Barnes

B. Is this complaint brought for a violation of state or local law? Yes ✓ No ___

If so, please specify (without alleging any supporting facts) the state law(s) you believe was/were violated I was violated on the 4th, 5th, and the 14th Amendments. I was violated twice with ineffective counsel by the douglas county nebraska public defender office.

Is/are the defendant(s) residents of the same state as you? Yes ✓ No ___

If not, specify what state _____

V. Statement of Claim:

(State here as briefly as possible the **FACTS** of your case. You must state exactly what each defendant personally did, or failed to do, that resulted in harm to you, and describe the harm. Include the names of other persons involved (for example, other inmates), dates, and places of all events. If you allege related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet, if necessary. Unrelated claims should be raised in a separate civil action. <u>Do not give legal arguments or cite cases or statutes</u> except in Part B below.

A. The douglas county district court judge Kimberly pankonin miller, and the douglas county public defender douglas a johnson in nebraska, malipratice me, false imprisonment, hardship, deformation of character, slander, lost of wages, lied to me, deprive me of my rights, ineffective counsel, improper handling

criminal procedures. Two years ago of the year 2015, I Falsey did time for a douglas county nebraska district court case number: CR15 694, for 198 days, I was lied to, tricked, and deprive by the douglas county district court judge Kimberly pankonin miller, and public defender douglas g johnson to withdrawal my not guilty plea to both douglas county district court cases CR 15 694, and CR 15 2366. The plea bargin was if I withdrawal my not guilty plea, and take a no contest plea for only the case: CR 15 694, than the other douglas county district court case number: CR15 2366, would be dropped, and dismissed, and not brought back up. September 7, 2016 is when I was charged with the douglas county district court case number CR 15 2366, the charges off of this case are the same exactly charges on the douglas county district court case number cr.16.2319 which is double jeopardy.

B. State briefly your legal theory or cite appropriate authority: The double jeopardy clauses of both the Federal constitution and the state constitution protect against three distinct abuses: 1) a second prosecution for the same offense after acquittal; 2) a second prosecution for the same offense after conviction; 3) Multiple punishments for the same offense. U.S.C.A constitution, Amendment 5; constitution Article 1, § 12.

VI. Relief

A. Do you request money damages? Yes √  No ___

If so,

1. Did you lose any money from this incident?
Yes √  No ___  If so, how much? _____

2. Did you receive a physical injury? Yes √  No ___

3. What other harm did you experience from this incident? Alot of fights in jail, sleeping in unclean cells, lack of food, lack of law library, lack of civil rights, slander, lost of wages, false imprisonment, unreasonable confinement, hardship, Deformation of character, undue process, police brutally, physical anguish, physical and emotional distress, illegal search and seizure, malicious prosecution, false advisement, racial profiling, sterotying

   4. State the amount of damages claimed _____

 B. Do you request a jury trial? Yes ___ No ✓

 C. State briefly <u>exactly what you want the court to do for you</u>. Make no legal arguments. Cite no cases or statutes.

I want the courts, police department, (wells fargo) the bank, the department of corrections, department of the justice system, douglas county attorney office, douglas county Nebraska public defender office, douglas county Nebraska forensics department, anybody/everybody that was apart of the douglas county district court Nebraska court numbers: CR 15 694, CR15 2366, CR16 3314 douglas county court case numbers: CR16 20720, CR16 20732 to pay me for false imprisonment.

VII. Request for Appointment of Counsel

 A. Do you want an attorney to represent you in presenting your claim to the court? Yes ✓ No ___

 B. Did someone help you in preparing this complaint? Yes ___ No ✓ If so, state the person's name (optional)

_____

_____

 C. Have you made any efforts to contact a private lawyer to determine if he or she would represent you in this action? Yes ___ No ___

If so, state the name(s) and address(es) of each lawyer contacted _____

_____

_____

  If not, state your reasons _____

_____

(Note: This court has no funds with which to pay an attorney for handling this type of case. Because of this, appointments are made only in cases where an attorney is greatly needed and the

attorney is willing to take the case without expecting to receive any fee.)

    I declare under penalty of perjury that the forgoing is true and correct.

Signed this _8_ day of ___August___, 20_17_.

x _____
(Signature(s) of Plaintiff(s))

9/4/2017

ISSUES:

1) Is the plaintiff's Motion for Summary Judgment likely to be granted?

2) What possible defenses to the plaintiff's Motion for Summary Judgment might the defendant allege?

BRIEF ANSWERS:

1.) Yes. Although courts construe summary judgment to be a drastic remedy, summary judgment is proper as long as the court is convinced that genuine issues of material facts exists in dispute between the parties, and, in this case, the plaintiff's discovery responses confirm that the material facts are in dispute.

2.) In opposing the summary judgment motion, the plaintiff might argue that he should be given the opportunity to amend his complaint to bring in additional causes of action and, perhaps, parties.

9/3/2017

ANALYSIS:

1. Is the plaintiff's Motion for Summary Judgment likely to be granted?

The plaintiff's Motion for Summary Judgment is likely to be Accepted since the plaintiff has admitted that the three douglas county district court cases: CR 15 694, CR 15 2366, and CR 16 3314, is double jeopardy, and mistrial. The relevant case law for the purposes of this motion is outlined in the case of Benton v. Maryland, U.S. Md. 1969, 89 S. ct. 2056, 395 U.S. 784, 23 L.E.d. 2d 707 on remand 260 A.2d 86; 8 Md. App. 388

Idea underlying constitutional prohibition against double jeopardy is that state with all its resources and powers should not be allowed to make repeated attempts to convict an individual for an alleged offense. Thereby subjecting him to embarrassment, expense and ordeal and compelling him to live in a continued state of anxiety and insecurity, as well as enhancing possibility that even though innocent he may be found guilty.

See Also, Abney v. U.S., pa. 1977, 77 s. ct. 2034, 431 U.S. 651, 52 L.Ed. 2d 651; U.S. v. Martin, CA. Ark. 1977, 561 F.2d 135; U.S. 1090, 59 L.E.d 2d 56; Brown v. Gunter, CA. Mass, 1977, 562 122; U.S. ex rel. Webb v. court of common pleas of philadelphia county, CA Pa, 1975, 516 F.2d 1034; Blackburn v. cross, C.A. Fla. 1975, 510 F.2d 1014, rehearing denied 517 F.2d 464; U.S. v. Brown, C.A. Mo. 1973, 481 F.2d 1035; U.S. v. Tinney, C.A. Pa. 1973, 473 F.2d 1085, certiorari denied 93 S. ct. 2752, 412 U.S. 928, 37 L.E2d 156 double jeopardy

9/3/2017

ISSUES:

1. Is the plaintiff's Motion for Summary Judgment likely to be Accepted?

2. What possible defenses to the plaintiff's Motion for Summary Judgment might the defendant allege?

BRIEF ANSWERS:

1. Yes it shall be Accepted because, although courts construe summary judgment to be a drastic remedy, summary judgment is proper as long as the court is convinced that genuine issue of material facts exists in dispute between the parties, and in this case, the plaintiff's discovery response confirm that the material facts are in dispute.

2. In opposing the summary judgment motion, the plaintiff might argue that he should be given the opportunity to amend his complaint to bring in additional causes of action and, perhaps, parties.